1

2

3      **Entered on Docket**
       **May 28, 2010**

4                                                          Hon. Linda B. Riegle
                                                    United States Bankruptcy Judge

5

6      **WILDE & ASSOCIATES**
7      Gregory L. Wilde, Esq.
       Nevada Bar No. 004417
8      212 South Jones Boulevard
       Las Vegas, Nevada 89107
9      Telephone: 702 258-8200
       bk@wildelaw.com
10     Fax: 702 258-8787

11
       MARK S. BOSCO, ESQ.
12     Arizona Bar No. 010167
       TIFFANY & BOSCO, P.A.
13     2525 East Camelback Road, Suite 300
       Phoenix, Arizona 85016
14     Telephone: (602) 255-6000

15     The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase
16     Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-
       5, Mortgage Pass-Through Certificates, Series 2005-5 by its Attorney in fact Wells Fargo Bank, N.A.,
17     successor by merger to Wells Fargo Home Mortgage Inc.
       10-71439

18
                               **UNITED STATES BANKRUPTCY COURT**
19
                                          **DISTRICT OF NEVADA**
20

21     | In Re:                | Bk Case No.: 09-10030-lbr |
22     |                       |                           |
       | Deborah D. Henry      | Date: 5/17/2010           |
23     |                       | Time: 9:30 am             |
24     |                       | Chapter 13                |
25     |        Debtor         |                           |

26

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-5, Mortgage Pass-Through Certificates, Series 2005-5 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc., its assignees and/or successors in interest, of the subject property, generally described as 6649 Brent Scott Street, North Las Vegas, NV 89086.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that there shall be no sale on the above mentioned property for thirty (30) days.

///
///
///
///
///
///
///
///
///
///
///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

**WILDE & ASSOCIATES**

By: _Gregory L. Wilde #10099_
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David Krieger
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Timothy S. Cory
Chapter 13 Trustee

1   In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

2   \_\_\_\_  The court waived the requirements of LR 9021.

\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.

3   \_\_\_\_  No parties appeared or filed written objections, and the trustee is the movant.

\_x\_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a

4   copy of this proposed order to all counsel who appeared at the hearing, and any trustee

appointed in this case, any unrepresented parties who appeared at the hearing, and each has

5   approved or disapproved the order, or failed to respond, as indicated below:

6

Debtor's counsel:

7   \_\_\_\_\_ approved the form of this order    \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or  \_x\_ failed to respond to the document

8   \_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

9   Trustee:

10  \_\_\_\_\_ approved the form of this order    \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or  \_x\_ failed to respond to the document

11

12

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all

13  counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented

parties who appeared at the hearing, and each has approved or disapproved the order, or failed to

14  respond, as indicated below.

15

Debtor's counsel:

16  \_\_\_\_\_ approved the form of this order    \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or  \_\_\_\_\_ failed to respond to the document

17  \_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

18

19  Trustee:

20  \_\_\_\_\_ approved the form of this order    \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or  \_\_\_\_\_ failed to respond to the document

21

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed

22  written objection.

23

24  Submitted by:

/s/ Gregory L. Wilde, Esq.

25  Gregory L. Wilde, Esq.

Attorney for Secured Creditor

26